**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

| | |
|---|---|
| **RIVERS OF LIFE INTERNATIONAL MINISTRIES,** individually and on behalf of all others similarly situated, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| | **CASE NO: 1:22-cv-1114-STA-jay** |
| **GUIDEONE MUTUAL INSURANCE COMPANY,** | |
| Defendants. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Joint Stipulation of Voluntary Dismissal entered on March 14, 2023, this cause is hereby dismissed with prejudice.

**APPROVED:**

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 3/14/2023**

**WENDY R. OLIVER**
**Clerk of Court**

s/Cassandra Ikerd
**(By) Deputy Clerk**